IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01478-BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

ROBERT EUGENE VALCIK,

    Plaintiff,

v.

EL PASO COUNTY DISTRICT ATTORNEY JOHN NEWSOME,
EL PASO COUNTY SHERIFF TERRY MAKETA,
EL PASO COUNTY UNDER SHERIFF TERRY GOODALL,
EL PASO COUNTY DISTRICT JUDGE DAVID LEE SHAKES,
EL PASO COUNTY DISTRICT JUDGE LARRY SCHWARTZ,
EL PASO COUNTY DEPUTY DISTRICT ATTORNEY MS. MINISH,
EL PASO COUNTY DEPUTY PUBLIC DEFENDER CYNTHIA JONES,
EL PASO COUNTY DEPUTY PUBLIC DEFENDER MICHAEL McHENRY,
EL PASO COUNTY SHERIFF DEPUTY R. GOMEZ,
EL PASO COUNTY SHERIFF'S OFFICE POSTAL TECHNICIAN JERAD MARCEAU,
EL PASO COUNTY SHERIFF'S OFFICE POSTAL TECHNICIAN GARY ALLEN,
EL PASO COUNTY SHERIFF'S OFFICE POSTAL TECHNICIAN
    DEBBIE HOLSINGER,
EL PASO COUNTY SHERIFF'S OFFICE POSTAL TECHNICIAN
    CAROL VANBARNEVELD,
EL PASO COUNTY SHERIFF'S OFFICE POSTAL TECHNICIAN GARY HORTON,
EL PASO COUNTY SHERIFF'S OFFICE POSTAL TECHNICIAN ROSEMARIE PAITY,
EL PASO COUNTY SHERIFF DEPUTY HUNTZ,
EL PASO COUNTY SHERIFF DEPUTY PROPERTY TECHNICIANS AND STAFF,
COLORADO SPRINGS POLICE DEPARTMENT OFFICER S.R. ACEY,
COLORADO SPRINGS POLICE DEPARTMENT SGT. RANDY THOMAS,
COLORADO SPRINGS POLICE DEPARTMENT OFFICER R. BLANK,
COLORADO SPRINGS POLICE DEPARTMENT OFFICER R. HALLMAN,
COLORADO SPRINGS POLICE DEPARTMENT OFFICER M. ZAMONAS,
COLORADO SPRINGS POLICE DEPARTMENT OFFICER GARCIA, and
LAURIE OSTER,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

JUL 31 2006

GREGORY C. LANGHAM
CLERK

# ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted an Information and Complaint. The court has determined that the documents are deficient as described in this order. He has failed either to pay the $350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)  X   is not submitted
(2)  ___ is missing affidavit
(3)  ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___ is missing required financial information
(5)  ___ is missing an original signature by the prisoner
(6)  ___ is not on proper form (must use the court's current form)
(7)  ___ names in caption do not match names in caption of complaint, petition or habeas application
(8)  ___ An original and a copy have not been received by the court. Only an original has been received.
(9)  X   other: <u>motion is necessary only if filing fee is not paid in advance.</u>

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) X   is not on proper form (must use the court's current form)
(12) X   is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 28th day of July, 2006.

BY THE COURT:

CRAIG B. SHAFFER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-CV-01478-BNB

Robert Eugene Valcik
CJC - 2F2
2739 E. Las Vegas Street
Colorado Springs, CO 80906

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** to the above-named individuals on 7/31/06

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk